**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-44041-MXM7 |
| | § | |
| PRO RESOURCES I, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Areya Holder Aurzada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $142,282.90 | | |

3) Total gross receipts of $142,282.90 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $142,282.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $586,458.42 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $79,791.25 | $79,791.25 | $79,791.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $276,717.83 | $276,717.83 | $62,491.65 |
| Priority Unsecured Claims (From **Exhibit 6**) | $200.00 | $91,415.35 | $91,415.35 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $379,938.56 | $1,840,760.08 | $1,840,760.11 | $0.00 |
| **Total Disbursements** | $966,596.98 | $2,288,684.51 | $2,288,684.54 | $142,282.90 |

4). This case was originally filed under chapter 0 on 10/20/2016. The case was converted to one under Chapter 7 on 07/10/2017. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2019  By:  /s/ Areya Holder Aurzada
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Refund of Security Deposit | 1229-000 | $282.90 |
| Preference Action Settlement with Capital One | 1241-000 | $127,000.00 |
| Breach of contact litigation against Sunny Delight Beverages Co.,styled Pro Resources I, LLC v. Sunny Delight Beverage | 1249-000 | $15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$142,282.90** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Marquette Transportation Finance, LLC | 4110-000 | $550,458.42 | $0.00 | $0.00 | $0.00 |
| 31 | Great West Casualty Company | 4110-000 | $36,000.00 | $0.00 | $0.00 | $0.00 |
| 32 | Mondics Insurance Group, Inc. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | Volvo Mack Financial | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Corporation Service Company | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$586,458.42** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Areya Holder Aurzada, Trustee | 2100-000 | NA | $10,364.15 | $10,364.15 | $10,364.15 |
| Areya Holder Aurzada, Trustee | 2200-000 | NA | $346.00 | $346.00 | $346.00 |
| Independent Bank | 2600-000 | NA | $22.47 | $22.47 | $22.47 |
| Integrity Bank | 2600-000 | NA | $163.80 | $163.80 | $163.80 |
| United States Trustee | 2950-000 | NA | $12,062.57 | $12,062.57 | $12,062.57 |
| Quilling Selander Lownds Winslett &, | 3210-000 | NA | $33,053.50 | $33,053.50 | $33,053.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| Quilling Selander Lownds Winslett &, Attorney for Trustee | 3220-000 | NA | $964.57 | $964.57 | $964.57 |
| Lain Faulkner & Co P.C., Accountant for Trustee | 3410-000 | NA | $22,774.00 | $22,774.00 | $22,774.00 |
| Lain Faulkner & Co P.C., Accountant for Trustee | 3420-000 | NA | $40.19 | $40.19 | $40.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $79,791.25 | $79,791.25 | $79,791.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cavozos Hendricks Poirot & Smitham, P.C., Attorney for D-I-P | 6210-160 | NA | $80,017.56 | $80,017.56 | $18,070.50 |
| Comptroller of Public Accounts, Other Prior Chapter Administrative | 6990-000 | NA | $16,069.70 | $16,069.70 | $3,629.05 |
| Duval Semi Trailer, Other Prior Chapter Administrative | 6990-000 | NA | $43,966.13 | $43,966.13 | $9,928.94 |
| Great West Casualty Company and Mondies Insurance Group, Inc., Other Prior Chapter Administrative | 6990-000 | NA | $94,522.09 | $94,522.09 | $21,346.08 |
| M & V Equipment, LLC, Other Prior Chapter Administrative | 6990-000 | NA | $41,342.35 | $41,342.35 | $9,336.41 |
| State of California, Other Prior Chapter Administrative | 6990-000 | NA | $800.00 | $800.00 | $180.67 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $276,717.83 | $276,717.83 | $62,491.65 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Cardlock Fuels | 5800-000 | $0.00 | $279.70 | $279.70 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | System, Inc., a California Corporat | | | | | |
| 5 | Gregory J Gibbens | 5800-000 | $0.00 | $11,715.36 | $11,715.36 | $0.00 |
| 10 | Pro Resources | 5800-000 | $0.00 | $750.00 | $750.00 | $0.00 |
| 23 | Comptroller of Public Accounts | 5800-000 | $0.00 | $6,088.98 | $6,088.98 | $0.00 |
| 25 | Comptroller of Public Accounts | 5800-000 | $0.00 | $3,043.48 | $3,043.48 | $0.00 |
| 27 | Geary Power | 5300-000 | $0.00 | $2,880.00 | $2,880.00 | $0.00 |
| 28 | John Murray | 5800-000 | $0.00 | $1,942.50 | $1,942.50 | $0.00 |
| 30 | Charlie Perry | 5800-000 | $0.00 | $2,776.54 | $2,776.54 | $0.00 |
| 33 | 7395 se cr 3060 | 5800-000 | $0.00 | $1,665.00 | $1,665.00 | $0.00 |
| 39 | Jordan Anderson | 5800-000 | $0.00 | $1,467.50 | $1,467.50 | $0.00 |
| 40 | Toni calhoun | 5800-000 | $0.00 | $2,884.59 | $2,884.59 | $0.00 |
| 41 | Marla Arnone | 5800-000 | $0.00 | $1,953.56 | $1,953.56 | $0.00 |
| 42 | Steven Smith | 5800-000 | $0.00 | $1,590.60 | $1,590.60 | $0.00 |
| 43 | Billy Joe Wright | 5800-000 | $0.00 | $1,823.20 | $1,823.20 | $0.00 |
| 44 | Christopher Pope | 5800-000 | $0.00 | $2,400.00 | $2,400.00 | $0.00 |
| 45 | Patti Portis | 5800-000 | $0.00 | $3,221.00 | $3,221.00 | $0.00 |
| 47 | eugenesingleton | 5800-000 | $0.00 | $1,556.00 | $1,556.00 | $0.00 |
| 48 | Lawrence Bingham | 5800-000 | $0.00 | $1,665.00 | $1,665.00 | $0.00 |
| 50 | Duane Downes | 5800-000 | $0.00 | $2,450.00 | $2,450.00 | $0.00 |
| 51 | Wendell Eberhardt | 5800-000 | $0.00 | $784.40 | $784.40 | $0.00 |
| 52 | James C Frost | 5800-000 | $0.00 | $2,195.60 | $2,195.60 | $0.00 |
| 53 | Aaron Draxler | 5800-000 | $0.00 | $1,295.00 | $1,295.00 | $0.00 |
| 54 | David Mayer | 5800-000 | $0.00 | $1,764.40 | $1,764.40 | $0.00 |
| 55 | Rick Lucio | 5800-000 | $0.00 | $1,850.00 | $1,850.00 | $0.00 |
| 56 | Rebecca L Nichols | 5800-000 | $0.00 | $670.80 | $670.80 | $0.00 |
| 57 | Rusty Davis | 5800-000 | $0.00 | $414.80 | $414.80 | $0.00 |
| 58 | Sevren Wallace | 5800-000 | $0.00 | $1,621.62 | $1,621.62 | $0.00 |
| 59 | Elana Smith | 5800-000 | $0.00 | $3,111.60 | $3,111.60 | $0.00 |
| 60 | Amer Jasarevic | 5800-000 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| 61 | Brandon Lawson | 5800-000 | $0.00 | $1,665.00 | $1,665.00 | $0.00 |
| 62 | William Dean Hicks | 5800-000 | $0.00 | $2,400.00 | $2,400.00 | $0.00 |
| 63 | Steven Brad Womack | 5800-000 | $0.00 | $5,500.00 | $5,500.00 | $0.00 |
| 67 | Mr. Michael B. James | 5800-000 | $0.00 | $5,450.00 | $5,450.00 | $0.00 |
| 71 | Doug Owens | 5800-000 | $0.00 | $2,600.00 | $2,600.00 | $0.00 |
| 73 | Staley E. Wilson | 5800-000 | $0.00 | $1,860.00 | $1,860.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | Cleve H. Boettcher | 5300-000 | $0.00 | $1,005.00 | $1,005.00 | $0.00 |
| 77 | Patti Portis | 5800-000 | $0.00 | $3,307.61 | $3,307.61 | $0.00 |
| 80 | Internal Revenue Service | 5800-000 | $0.00 | $366.51 | $366.51 | $0.00 |
| | City of Sherman | 5800-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Employees | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $200.00 | $91,415.35 | $91,415.35 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Als Towing Alan Boggs | 7100-000 | $5,400.00 | $8,100.00 | $8,100.00 | $0.00 |
| 2 | Modular Space Corporation | 7100-000 | $6,000.00 | $6,828.80 | $6,828.80 | $0.00 |
| 4a | Cardlock Fuels System, Inc., a California Corporat | 7100-000 | $0.00 | $795.41 | $795.41 | $0.00 |
| 6 | Creditors Adj Bureau Inc | 7100-000 | $0.00 | $11,063.27 | $11,063.27 | $0.00 |
| 7 | KLC Financial, Inc. | 7100-000 | $0.00 | $78,247.85 | $78,247.85 | $0.00 |
| 8 | Foley | 7100-000 | $3,000.00 | $4,910.00 | $4,910.00 | $0.00 |
| 9 | Pinnacle Bank | 7100-000 | $0.00 | $16,153.65 | $16,153.65 | $0.00 |
| 11 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $31,185.78 | $31,185.78 | $0.00 |
| 12 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $2,713.40 | $2,713.40 | $0.00 |
| 13 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $71,688.71 | $71,688.71 | $0.00 |
| 14 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $55,850.90 | $55,850.90 | $0.00 |
| 15 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $9,243.91 | $9,243.91 | $0.00 |
| 16 | Penske Truck Leasing Co., L.P. | 7100-000 | $0.00 | $60,962.85 | $60,962.85 | $0.00 |
| 17 | Franchise Tax Board | 7100-000 | $0.00 | $2,086.25 | $2,086.25 | $0.00 |
| 18 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $73,470.90 | $73,470.90 | $0.00 |
| 19 | BlackRiver Business Capital, LLC | 7100-000 | $0.00 | $18,874.11 | $18,874.11 | $0.00 |
| 20 | KLC Capital Partners, LLC | 7100-000 | $0.00 | $186,450.54 | $186,450.54 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Simmons First National Bank | 7100-000 | $0.00 | $13,375.45 | $13,375.45 | $0.00 |
| 22 | Hitachi Capital America Corp. | 7100-000 | $0.00 | $148,379.03 | $148,379.03 | $0.00 |
| 23a | Comptroller of Public Accounts | 7100-000 | $0.00 | $542.24 | $542.24 | $0.00 |
| 25a | Comptroller of Public Accounts | 7100-000 | $0.00 | $50.00 | $50.00 | $0.00 |
| 26 | Paula E. Smith | 7100-000 | $0.00 | $1,601.00 | $1,601.00 | $0.00 |
| 29 | Adrian Jones | 7100-000 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| 34 | Fox Capital Group, Inc. | 7100-000 | $0.00 | $51,025.46 | $51,025.46 | $0.00 |
| 35 | Micheal Hunter | 7100-000 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 36 | PACCAR Financial Corp.d-b-a PACCAR Leasing Company | 7100-000 | $0.00 | $48,393.18 | $48,393.18 | $0.00 |
| 37a | Volvo Mack Financial | 7100-000 | $0.00 | $95,485.37 | $95,485.37 | $0.00 |
| 38a | Duval Semi Trailer | 7100-000 | $0.00 | $39,129.06 | $39,129.09 | $0.00 |
| 46 | Pawnee Leasing Corporation | 7100-000 | $0.00 | $67,294.63 | $67,294.63 | $0.00 |
| 49 | Duane Downes | 7100-000 | $0.00 | $2,590.00 | $2,590.00 | $0.00 |
| 54a | David Mayer | 7100-000 | $0.00 | $174.00 | $174.00 | $0.00 |
| 57a | Rusty Davis | 7100-000 | $0.00 | $119.00 | $119.00 | $0.00 |
| 64 | Steven Brad Womack | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 65 | M & V Equipment, LLC | 7100-000 | $0.00 | $362,244.34 | $362,244.34 | $0.00 |
| 66 | Steven Brad Womack | 7100-000 | $0.00 | $11,453.07 | $11,453.07 | $0.00 |
| 68 | Russell Adams | 7100-000 | $0.00 | $1,950.00 | $1,950.00 | $0.00 |
| 69 | Steven Brad Womack | 7100-000 | $0.00 | $11,976.92 | $11,976.92 | $0.00 |
| 70 | Steven Brad Womack | 7100-000 | $0.00 | $7,397.44 | $7,397.44 | $0.00 |
| 72 | Pilot | 7100-000 | $28,000.00 | $65,029.21 | $65,029.21 | $0.00 |
| 75 | A.I.M. Mutual Insurance Company | 7100-000 | $0.00 | $5,638.00 | $5,638.00 | $0.00 |
| 78 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | Alfredo Vargas | 7100-000 | $0.00 | $1,544.75 | $1,544.75 | $0.00 |
| 80a | Internal Revenue Service | 7100-000 | $0.00 | $2,984.40 | $2,984.40 | $0.00 |
| 81 | A.I.M. Mutual Insurance | 7100-000 | $0.00 | $5,638.00 | $5,638.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|    |                                                           |          |             |              |              |       |
|----|-----------------------------------------------------------|----------|-------------|--------------|--------------|-------|
|    | Company                                                   |          |             |              |              |       |
| 82 | Wells Fargo Equipment Finance, Inc.                       | 7100-000 | $0.00       | $48,491.41   | $48,491.41   | $0.00 |
| 83 | American Express Bank, FSB                                | 7100-000 | $0.00       | $6,981.05    | $6,981.05    | $0.00 |
| 84 | Mack Financial Services, a division of VFS US LLC         | 7100-000 | $0.00       | $174,603.87  | $174,603.87  | $0.00 |
| 85 | John Murray                                               | 7100-000 | $0.00       | $987.30      | $987.30      | $0.00 |
| 86 | Pinnacle Bank                                             | 7100-000 | $0.00       | $8,155.57    | $8,155.57    | $0.00 |
|    | 1-45 Tire and Wrecker                                     | 7100-000 | $6,000.00   | $0.00        | $0.00        | $0.00 |
|    | 19th Capital                                              | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | AT& T                                                     | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | Blades Equipment                                          | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | Bruckner's                                                | 7100-000 | $12,000.00  | $0.00        | $0.00        | $0.00 |
|    | Dave Reynolds                                             | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | Doug Owens                                                | 7100-000 | $90,000.00  | $0.00        | $0.00        | $0.00 |
|    | Element Financial Coporation                              | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | Empire State Bank                                         | 7100-000 | $25,058.00  | $0.00        | $0.00        | $0.00 |
|    | Fleet One                                                 | 7100-000 | $30,000.00  | $0.00        | $0.00        | $0.00 |
|    | Fleetmatics                                               | 7100-000 | $6,000.00   | $0.00        | $0.00        | $0.00 |
|    | Great American Insurance Company                          | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | lix                                                       | 7100-000 | $500.00     | $0.00        | $0.00        | $0.00 |
|    | Merchant Cash Advance of Texas                            | 7100-000 | $9,160.00   | $0.00        | $0.00        | $0.00 |
|    | PRS Unlimited                                             | 7100-000 | $35,000.00  | $0.00        | $0.00        | $0.00 |
|    | Quality Equipment                                         | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | QuarterSport inc.                                         | 7100-000 | $23,132.56  | $0.00        | $0.00        | $0.00 |
|    | Quick Trip                                                | 7100-000 | $2,800.00   | $0.00        | $0.00        | $0.00 |
|    | Red River Truck Repair                                    | 7100-000 | $10,000.00  | $0.00        | $0.00        | $0.00 |
|    | Republic Services                                         | 7100-000 | $1,200.00   | $0.00        | $0.00        | $0.00 |
|    | Richmond Capital Group LLC                                | 7100-000 | $509.00     | $0.00        | $0.00        | $0.00 |
|    | Ryder                                                     | 7100-000 | $57,000.00  | $0.00        | $0.00        | $0.00 |
|    | Tenstreet                                                 | 7100-000 | $1,200.00   | $0.00        | $0.00        | $0.00 |
|    | Tevis                                                     | 7100-000 | $0.00       | $0.00        | $0.00        | $0.00 |
|    | Trinity Trailer                                           | 7100-000 | $10,000.00  | $0.00        | $0.00        | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TRS | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Yellowstone Capital LLC | 7100-000 | $12,979.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $379,938.56 | $1,840,760.08 | $1,840,760.11 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 16-44041-MXM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | PRO RESOURCES I, LLC | Date Filed (f) or Converted (c): | 07/10/2017 (c) |
| For the Period Ending: | 12/30/2019 | §341(a) Meeting Date: | 08/08/2017 |
| | | Claims Bar Date: | 03/15/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This is a duplicate of asset #4 | | | | | |
| 2 | Breach of contact litigation against Sunny Delight Beverages Co., styled Pro Resources I, LLC v. Sunny Delight Beverage Co., Adversary Proceeding No. 17-04050. (u) | $0.00 | $15,000.00 | | $15,000.00 | FA |
| 3 | Refund of Security Deposit (u) | $0.00 | $282.90 | | $282.90 | FA |
| 4 | Preference Action Settlement with Capital One (u) | $0.00 | $127,000.00 | | $127,000.00 | FA |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | This is a duplicate of asset #4. | | | | | |

**TOTALS (Excluding unknown value)**

| | $0.00 | $142,282.90 | | $142,282.90 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 07/19/2019 | The Trustee has prepared and submitted the TFR |
|---|---|
| 06/05/2019 | Claims Objections have recently been resolved, and counsel will begin preparing his fee application. The accountant will begin preparing the estate tax return. |
| 12/07/2018 | Trustee's counsel is investigating and negotiating preference payments with Capital One. |
| 07/29/2018 | The Trustee has employed counsel, and counsel is working on preference actions against several potential defendants. Counsel has recently sent out demand letters and will file adversary proceeding for preferences, if necessary in 30-60 days for any demands that are not resolved. |

Initial Projected Date Of Final Report (TFR): 09/30/2019   Current Projected Date Of Final Report (TFR): 09/30/2019

/s/ AREYA HOLDER AURZADA
AREYA HOLDER AURZADA

**FORM 2**

Page No.: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-44041-MXM | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | PRO RESOURCES I, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0152 | | Checking Acct #: | ******4041 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2016 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2017 | (2) | Sunny Delight | Payment per settlement | 1249-000 | $15,000.00 | | $15,000.00 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $12.22 | $14,987.78 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.26 | $14,965.52 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $20.08 | $14,945.44 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.20 | $14,923.24 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.45 | $14,901.79 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.13 | $14,879.66 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.39 | $14,858.27 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.07 | $14,836.20 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $3.55 | $14,832.65 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($3.55) | $14,836.20 |
| 08/22/2018 | (3) | TransConnect Partner Solutions, Inc. | Refund of Security Deposit | 1229-000 | $282.90 | | $15,119.10 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $264.58 | $14,854.52 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($264.58) | $15,119.10 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $22.47 | $15,096.63 |
| 03/08/2019 | (4) | Capital One | Payment per settlement | 1241-000 | $127,000.00 | | $142,096.63 |
| 10/02/2019 | 101 | Areya Holder Aurzada | Trustee Expenses | 2200-000 | | $346.00 | $141,750.63 |
| 10/02/2019 | 102 | Areya Holder Aurzada | Trustee Compensation | 2100-000 | | $10,364.15 | $131,386.48 |
| 10/02/2019 | 103 | Lain Faulkner & Co P.C. | Claim #: ; Amount Allowed: 22,774.00; Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $22,774.00 | $108,612.48 |
| 10/02/2019 | 104 | Lain Faulkner & Co P.C. | Claim #: ; Amount Allowed: 40.19; Distribution Dividend: 100.00; Account Number: ; | 3420-000 | | $40.19 | $108,572.29 |
| 10/02/2019 | 105 | Quilling Selander Lownds Winslett & | Claim #: ; Amount Allowed: 33,053.50; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $33,053.50 | $75,518.79 |
| 10/02/2019 | 106 | Quilling Selander Lownds Winslett & | Claim #: ; Amount Allowed: 964.57; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $964.57 | $74,554.22 |
| 10/02/2019 | 107 | Cavozos Hendricks Poirot & Smitham, P.C. | Claim #: ; Amount Allowed: 80,017.56; Distribution Dividend: 22.58; Account Number: ; | 6210-160 | | $18,070.50 | $56,483.72 |
| | | | | **SUBTOTALS** | $142,282.90 | $85,799.18 | |

FORM 2

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 16-44041-MXM | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | PRO RESOURCES I, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***0152 | | Checking Acct #: | ******4041 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2016 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/30/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2019 | 108 | Great West Casualty Company and Mondies Insurance Group, Inc. | Claim #: ; Amount Allowed: 94,522.09; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $21,346.08 | $35,137.64 |
| 10/02/2019 | 109 | M & V Equipment, LLC | Claim #: ; Amount Allowed: 41,342.35; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $9,336.41 | $25,801.23 |
| 10/02/2019 | 110 | State of California | Claim #: ; Amount Allowed: 800.00; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $180.67 | $25,620.56 |
| 10/02/2019 | 111 | Comptroller of Public Accounts | Claim #: 24; Amount Allowed: 8,003.26; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $1,807.39 | $23,813.17 |
| 10/02/2019 | 112 | Duval Semi Trailer | Claim #: 38; Amount Allowed: 43,966.13; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $9,928.94 | $13,884.23 |
| 10/02/2019 | 113 | United States Trustee | Claim #: 76; Amount Allowed: 12,062.57; Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $12,062.57 | $1,821.66 |
| 10/02/2019 | 114 | Comptroller of Public Accounts | Claim #: 87; Amount Allowed: 8,066.44; Distribution Dividend: 22.58; Account Number: ; | 6990-000 | | $1,821.66 | $0.00 |
| | | | **TOTALS:** | | $142,282.90 | $142,282.90 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $142,282.90 | $142,282.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $142,282.90 | $142,282.90 | |

| For the period of 10/20/2016 to 12/30/2019 | | For the entire history of the account between 12/15/2017 to 12/30/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $142,282.90 | Total Compensable Receipts: | $142,282.90 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,282.90 | Total Comp/Non Comp Receipts: | $142,282.90 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $142,282.90 | Total Compensable Disbursements: | $142,282.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $142,282.90 | Total Comp/Non Comp Disbursements: | $142,282.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-44041-MXM | |
| **Case Name:** | PRO RESOURCES I, LLC | |
| **Primary Taxpayer ID #:** | **-***0152 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/20/2016 | |
| **For Period Ending:** | 12/30/2019 | |

| | |
|---|---|
| **Trustee Name:** | Areya Holder Aurzada |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******4041 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $142,282.90 | $142,282.90 | $0.00 |

**For the period of 10/20/2016 to 12/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $142,282.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,282.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $142,282.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $142,282.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2017 to 12/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $142,282.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $142,282.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $142,282.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $142,282.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA